UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

KATHERINE LYDON,
Individually and as Executrix of the Estate of
JOHN T. LYDON, JR., by her agent
THE FEDERAL-MOGUL ASBESTOS
PERSONAL INJURY TRUST,
Plaintiff,

v.                                                                                CIVIL ACTION NO. 12-10014

T&N LIMITED,
 f/k/a T&N PLC,
 f/k/a Turner & Newell Plc, and
 f/k/a Turner & Newell Limited; and
TAF International Limited,
 f/k/a Turners Asbestos Fibres Limited, and
 Raw Asbestos Distributors Limited;
Defendants.

_____

**DEFENDANTS' NOTICE OF REMOVAL**
**TO THE UNITED STATES DISTRICT COURT**

  Pursuant to the provisions of 28 U.S.C. §§1332(a)(1), 1441(a) and 1446(b), the Defendants T&N Limited and TAF International Limited (hereinafter referred to as "T&N") hereby give notice of their removal of this action to the United States District Court for the District of Massachusetts from the Superior Court of Massachusetts, in and for Middlesex County, and in support thereof would respectfully show as follows:

  1. T&N Limited and TAF International Limited are defendants in a civil action brought in the Superior Court of the Commonwealth of Massachusetts, in and for Middlesex County, styled as *Katherine Lydon, Individually and as Executrix of the Estate of John T. Lydon, Jr., by her agent The Federal-Mogul Asbestos Personal Injury Trust v. T&N Limited, et al.* Civil Action No. 11-4157.

  2. The defendants were served with a copy of the Summons and Complaint in this action on or about December 5, 2011. A true copy of the Summons and Complaint in this action, as served

1340541v1

on the defendants, is attached to this Notice of Removal as <u>Exhibit A</u>. The defendants' Notice of Removal is filed within thirty (30) days after the receipt by them of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, as required by 28 U.S.C. §1446(b).

    3.    This action is a suit of a wholly civil nature brought in the Superior Court of the Commonwealth of Massachusetts, in and for Middlesex County. The United States District Court for the District of Massachusetts is therefore the proper forum and venue to which this action may be removed under the provisions of 28 U.S.C. §§101 and 1441(a).

    4.    This Court has original jurisdiction to entertain this action because the only parties to this case are citizens of entirely different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. 28 U.S.C. §§1332(a)(1), 1441(a). Removal of this action is not prohibited by 28 U.S.C. §1445.

    5.    At the time of commencement of the action, the plaintiff was and still is a citizen of Massachusetts.

    6.    At the time of commencement of the action, the defendants were and still are corporations organized and existing under and by virtue of the laws of foreign jurisdictions other than Massachusetts.

    7.    Pursuant to 28 U.S.C. §1446(d), the defendants have filed a notice of the filing of this Notice of Removal (including a copy thereof) with the Clerk of the Superior Court of the Commonwealth of Massachusetts, in and for Middlesex County.

    8.    Pursuant to 28 U.S.C. §1447(d) and Local Rule 81.1, the defendants will request that the Clerk of the Superior Court of the Commonwealth of Massachusetts, in and for Middlesex County, provide certified or attested copies of all records and proceedings in this action and certified or attested copies of all docket entries thereon. The defendants will cause such attested or certified copies of the

state court record to be filed with this Court within thirty (30) days hereof as required by Local Rule 81.1.

9. Counsel for the defendants is duly admitted to practice before this Court and signs this Notice of Removal in accordance with the requirements of Fed.R.Civ.P. 11.

**WHEREFORE**, the defendants respectfully request that the above-referenced action now pending in the Superior Court of the Commonwealth of Massachusetts, in and for Middlesex County, be removed from that Court to the United States District Court for the District of Massachusetts.

> The Defendants,
> By their Attorneys:
> MORRISON MAHONEY LLP
>
> */s/ Edward W. Murphy*
> _____
> Edward W. Murphy, BBO No.: 561830
> 250 Summer Street
> Boston, MA  02210
> (617) 439-7500

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 4, 2012.

> */s/ Edward W. Murphy*
> _____
> Edward W. Murphy