UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------X

KATHERINE LYDON,
Individually and as Executrix of the Estate
of JOHN T. LYDON, JR., by her agent
THE FEDERAL-MOGUL ASBESTOS
PERSONAL INJURY TRUST

      CIVIL ACTION NO.:
      1:12-CV-10014-JLT

    Plaintiff,

v.

T&N LIMITED,
   f/k/a T&N PLC,
   f/k/a Turner & Newell Plc, and
   f/k/a Turner & Newall Limited; and
TAF International Limited,
   f/k/a Turners Asbestos Fibres Limited, and
   Raw Asbestos Distributors Limited;

    Defendants.

------------------------------------------------------------X

## PLAINTIFF'S SWORN STATEMENT PURSUANT TO LOCAL RULE 26.1(b)

Plaintiff pursuant to Local Rule 26.1(b) and the Modified Discovery Order in this matter hereby identifies the following:

- **(a) itemization all economic loss and provides a computation of damages for which recovery is sought, if any, sustained before the date of service of process:**

    This is a claim for injuries and death sustained by Plaintiff's decedent, John T. Lydon, Jr., as a result of his exposure to Defendants' asbestos and asbestos-containing materials including, but not limited to, limpet asbestos-containing spray.

    Plaintiffs seek to recover damages including but not limited to lost wages, loss earning capacity, medical expenses, funeral and burial expenses, physical pain and suffering, disfigurement, mental pain and suffering, loss of enjoyment of life, loss of consortium, loss of companionship, loss of society, loss of services, loss of support, punitive damages, and all other damages allowed by law.

1

Plaintiff will supplement this response as additional information becomes available.

**(b) identification of all persons now known to the claimant or the claimant's attorney who witnessed or participated in the transaction or occurrence giving rise to the claim or otherwise known or believed to have substantial discoverable information about the claim or defenses, together with a statement of the subject and a brief summary of that information:**

Katherine Lydon, Plaintiff
c/o Thornton & Naumes LLP
100 Summer St., 30th Floor
Boston, MA 02110

Louis Edgerly, Co-worker
c/o Weitz and Luxenberg
700 Broadway,
New York, NY 10003

David E. Ricklan, M.D., Pathologist
Caritas St. Elizabeth's Medical Center
736 Cambridge Street
Boston, MA 02135

Panagiotis Fidias, M.D., Oncologist
32 Fruit Street
Yawkey Building
Boston, MA 02114

Michael T. Foley, M.D., treating physician
Caritas St. Elizabeth Medical Center
736 Cambridge St.
Brighton, MA 02135

Ali Tirmizi, M.D., primary care physician
280 Washington Street
Suite 309
Brighton, MA 02135

John T. Lydon, Jr.'s diagnosing and treating physicians and health care providers

Members of John T. Lydon, Jr.'s family

John T. Lydon, Jr.'s co-workers during the 1950s, 1960s and 1970s time period

Defendants' past and present employees, designees, and agents

Those witnesses and that testimony identified by other parties

Those witnesses and that testimony necessary for rebuttal

Those witnesses and that testimony necessary for the authentication or to otherwise lay foundation for documentary or other evidence

That testimony identified on that attached T&N testimony (Exhibit "A") and All Defendants testimony (Exhibit "B") lists

Those witnesses identified on Plaintiff's Initial Statement Concerning Testimony of Expert Witnesses (Exhibit "C")

Plaintiff reserves the right to supplement this response as investigation and discovery are ongoing.

**(c) identification of all opposing parties, and all officers, directors, and employees of opposing parties, from whom statements have been obtained by or on behalf of the claimant regarding the subject matter of the claim:**

Those individuals listed on the attached T&N testimony list (Exhibit "A") who were officers, directors, or employees of T&N LIMITED, f/k/a T&N PLC, f/k/a Turner & Newell Plc, and f/k/a Turner & Newall Limited;

Those individuals listed on the attached T&N testimony list (Exhibit "A") who were officers, directors, or employees of TAF International Limited, f/k/a Turners Asbestos Fibres Limited, and Raw Asbestos Distributors Limited;

Plaintiff reserves the right to supplement this response as investigation and discovery are ongoing.

**(d) all governmental agencies or officials now known to the claimant or the claimant's attorney to have investigated the transaction or occurrence giving rise to the claim:**

None known at this time. Plaintiff reserves the right to supplement this response as investigation and discovery are ongoing.

3

I declare under penalty of perjury
that the foregoing is true and correct.

Executed on _April 27_, 2012

_/s/ Katherine A. Lydon_
Katherine Lydon

DATED: _April 27 2012_
KATHERINE LYDON
By her attorney,

_/s/ Robert Naumes, Jr._
Robert Naumes, Jr., Esq.
THORNTON & NAUMES, LLP
100 Summer St., 30th FL.
Boston, MA  02110
(617) 720-1333
BBO# 664826
Attorney for the Plaintiff

4