# EXHIBIT A

TURNER & NEWALL, PLC.:

GEORGE BARGE

November 12, 1980
Johnson, et al. v. Turner & Newall. Ltd.
United States District Court
Eastern District of Pennsylvania
Deposition - Multi-jurisdictional

July 20, 1977
In Re: Asbestos Cases
Unknown Court (SC)
Deposition

RALPH BATEMAN

May 21-23, 1990
Hunt v. T & N plc., et al.
Supreme Court of British Columbia
No. C885383
Deposition

CHRISTOPHER JOHN DODSON

June 18, 1986
In Re: Johns-Manville Plantworker Cases
Superior Court of New Jersey
Law Division - Middlesex County
Docket No. L-37234-79
Deposition

November 25, 1985
In Re: Asbestos Cases
Insulator, Shipyard Worker and Plantworker
United States District Court
Deposition

May 16, 1991
In Re: Asbestos Litigation
Superior Court of the State of Delaware
New Castle County
C/A No. 77C-Asb-2
Deposition

ROBERT HARTMAN

November 17, 1980
Robert Davis v. Turner & Newall, Ltd., et al.
United States District Court
Eastern District of Missouri
Eastern Division
Civil No. 80-0722C(4)
Deposition

ALAN HODGSON, M.D.
September 12, 1989
Prudential v. Turner & Newall, et al.
United States District Court
District of Massachusetts
C/A No. 85-2179-H
Deposition

STEPHEN HOLMES, M.D.
May 15-16, 1991
In Re: Asbestos Litigation
Superior Court of the State of Delaware
New Castle County
C/A No. 77C-ASB-2
Deposition

May 17, 1991
Giamboi et al. v. Carey Canada, Inc. et al.
Multi-Jurisdictional
Video Deposition

ARTHUR DAVID NICHOLAS JONES
March 8-12, 1982
Davis v. Turner & Newall, Ltd.
United States District Court
Eastern District of Missouri
Eastern Division
C/A No. 80-0722C (4)
Trial Testimony

November 26, 1985
In Re: Asbestos Cases
United States District Court
District of South Carolina
Deposition

DR. WILLIAM KERNS O.B.E.
October 20, 1993
Chase Manhattan Bank v. Turner & Newall, et al.
United States District Court
Southern District of New York
87 Civ. 4436
Deposition

HILTON CECIL LEWINSOHN
June 21, 1994 and June 22, 1994
The Chase Manhattan Bank v. T&N plc. et al.
USDC Southern District of New York

Deposition

February 11, 1981
Bond, et al v. Turner & Newal, et al
U.S. District Court Missouri
CA # 78-1345C(B)
Deposition

May 8, 1981
Bond, et al v. Turner & Newall, et al
U.S. District Court Missouri
CA # 78-1345C(B)
Deposition

July 25, 1994 and July 26, 1994
The Chase Manhattan Bank v. T&N plc. et al.
USDC Southern District of New York
Deposition

ALEXANDER NORMAN MARSHALL
November 28, 1985
In Re: Asbestos Cases
United States District Court
District of South Carolina
Deposition

January 23, 1981
Bond et al. v. Atlas Asbestos Company, et al.
U.S. District Court Missouri
CA # 78-1345C(B)
Deposition

ROBERT MERRILL, M.D.
April 3,4,5 & 6, 1989
In Re: Asbestos Cases
Circuit Court
Kanawha County, West Virginia
Deposition - Multi-jurisdictional

ALLEN NELSON
November 3, 1981
Schroeder v. Bell Asbestos Mines
United States District Court
Eastern District of Missouri
Eastern Division
80-1495C(4)
Deposition

ROBERT R. PORTER

November 18, 1980
Barleib v. Turner & Newall. Ltd., et al.
United States District Court
Eastern District of Pennsylvania
No. 78-1027
Deposition - Multi-jurisdictional

March 29, 1984
Superior Court of the State of California
Alameda County

February 21, 1986
In Re: All pending asbestos and related cases under Ohio Asbestos Litigation Plan
United States District Court
Northern District of Ohio, Eastern Division
Deposition

December 16, 1987
The Prudential Insurance Co. of America v. Turner and Newall, PLC., et al.
United States District Court
District of Massachusetts
C/A No. 85-2179-6
Deposition

January 23, 1981
Bond et al. v. Atlas Asbestos Company, et al.
U.S. District Court Missouri
CA # 78-1345C(B)
Deposition

ANDREW RICHARDSON

October 23, 1978
Farrell v. Keene Corporation, et al.
Superior Court Delaware
CA # 77-1973
Deposition

July 6, 1979
Farrell v. Keene Corporation, et al.
Superior Court Delaware
CA # 77-1973
Deposition

May 11, 1987
Cannon v. Owens-Illinois, et al
U.S. District Court SC
CA # 84-1950
Deposition

July 8, 1988
Highline School District No. 401 v. Turner & Newall PLC, et al.
Superior Court Washington
Deposition

RICHARD SELWYN FRANCIS SCHILLING
January 12, 1994
Chase Manhattan Bank v. Turner & Newall, et al.
United States District Court
Southern District of New York
87 Civ. 4436
Deposition

ROY SPAVOLD
January 24, 1981
Bond, et al. v. Atlas Asbestos Company, et al.
U.S. District Court Missouri
CA # 78-1345C(B)
Deposition

REGINALD SYKES
June 16 & 17, 1986
In Re: Johns-Manville Plantworker Cases
Superior Court of New Jersey
Law Division - Middlesex County
Docket No. L-37243-79
Deposition

KEITH JAMES WALKER
June 17, 1986
In Re: Johns-Manville Plantworker
Superior Court of New Jersey
Law Division - Middlesex County
Docket No. L-37243-79
Deposition

Plaintiffs expressly reserve the right to introduce as evidence at trial any and all documents produced by defendant Turner & Newall, PLC in conjunction with the document production conducted on December 1 through 12, 1986, in the case of Edward C. Dalton vs. The Celotex Corporation, et al., United States District Court, Western Division of Virginia, Harrisonburg Division, C.A. No. 85-0104-H.